FILED

NOT FOR PUBLICATION

JUN 11 2010

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **EDGAR AGBAYANI AGBAYANI**, | No. 06-72906 |
| Petitioner, | Agency No. A023-127-060 |
| v. | |
| **ERIC H. HOLDER**, Jr., Attorney General, | **MEMORANDUM**[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submission Deferred May 5, 2009
Submitted June 11, 2010[**]
San Francisco, California

Before:     **KOZINSKI**, Chief Judge, **BYBEE** and **CALLAHAN**, Circuit
Judges.

---

    [*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision without oral argument, see Fed. R. App. P. 34(a)(2), and orders the case submitted contemporaneously with the filing of this disposition.

The BIA did not err by concluding that petitioner is ineligible for relief under former section 212(c) of the INA. See Abebe v. Mukasey, 554 F.3d 1203, 1205–07 (9th Cir. 2009) (en banc).

**DENIED.**